# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DEAN SMART, aka BILL D. SMART, dba OROSI PIZZZ HOUSE,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DINUBA, and ED TODD in his official capacity of City Manager,<br><br>Defendants. | **12-cv-1841 GSA**<br><br><br>**ORDER DISMISSING CASE** |

Pursuant to the Notice of Voluntary Dismissal filed on February 7, 2014, by Plaintiff, Billy Dean Smart (Doc. 22), this action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   **February 10, 2014**          **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE